IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TONNIE BARCLAY                                                                                          PETITIONER

VS.                                                         CIVIL ACTION NO.  3:13-cv-818-DCB-MTP

BRUCE PEARSON                                                                                       RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Petition for a Writ of Habeas Corpus [1] is denied and dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order.

SO ORDERED, this the   14th   day of   August, 2014.

                                                                          s/ David Bramlette
                                                                        UNITED STATES DISTRICT JUDGE